AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 18-cv-05757 |
| Sebastian Pinto-Thomaz et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission

Date: 06/26/2018

*Attorney's signature*

Simona K. Suh (New York Bar No. SS-1130)
*Printed name and bar number*

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281
*Address*

suhs@sec.gov
*E-mail address*

(212) 336-0103
*Telephone number*

*FAX number*