AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. No. 1:18-cv-05757 |
| SEBASTIAN PINTO-THOMAZ et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission

Date: 06/26/2018

*M. MacLean*
*Attorney's signature*

Melanie A. MacLean (Bar No. MM-6356)
*Printed name and bar number*

SECURITIES AND EXCHANGE COMMISSION
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
*Address*

macleanm@sec.gov
*E-mail address*

(212) 336-5699
*Telephone number*

*FAX number*