

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2019

<u>BY ECF</u>
Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   <u>**SEC v. Pinto-Thomaz, et al., 18-CV-5757 (JPO)**</u>

Dear Judge Oetken:

    The Government respectfully writes to provide the Court with an update on the status of the parallel criminal case *United States v. Pinto-Thomaz, et al.*, 18 Cr. 579 (JSR) (the "Criminal Case") as required by the Court's order dated October 11, 2018.

    In the Criminal Case, defendant Abell Oujaddou entered a plea of guilty pursuant to a cooperation agreement on November 1, 2018. The trial of defendants Sebastian Pinto-Thomaz and Jeremy Millul is scheduled to begin on April 16, 2019.

                                             Very truly yours,

                                             GEOFFREY S. BERMAN
                                             United States Attorney

                        by:   ___/s/_____
                               Christine I. Magdo
                               Assistant United States Attorney
                               (212) 637-2297

cc: Counsel of Record (via ECF)