

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL:
DAVID C. AUSTIN
TELEPHONE: (212) 336-9146

July 11, 2019

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    SEC v. Pinto-Thomaz, et al., 18-CV-5757 (JPO)

Dear Judge Oetken:

    We represent plaintiff Securities and Exchange Commission (the "Commission") in the above-captioned action.  We respectfully write to provide the Court with an update on the status of this matter and the parallel criminal case, United States v. Pinto-Thomaz, et al., 18 Cr. 579 (JSR) (the "Criminal Case"), as required by the Court's order dated October 11, 2018, which also stayed the proceedings in the above-captioned action.  (DE 21.)

    As discussed in previous status updates, defendants Abell Oujaddou and Jeremy Millul entered pleas of guilty in the Criminal Case on November 1, 2018 and March 29, 2019, respectively, (DE 22, 23.), and the remaining defendant, Sebastian Pinto-Thomaz, was convicted on all counts on April 26, 2019.  The current sentencing dates for Mr. Pinto-Thomaz, Mr. Millul, and Mr. Oujaddou are July 29, July 30, and September 5, 2019, respectively.  The Commission has begun settlement discussions with each of the parties.

    Before submitting this letter, we consulted with counsel for the other parties, and they do not object to the content of this letter.  The Commission will continue to update the Court as appropriate and as required by the October 11, 2018 order.  The undersigned can be reached at (212) 336-9146.

    Respectfully submitted,

    David C. Austin

The Honorable J. Paul Oetken
July 11, 2019
Page 2

cc (via ECF):   E. Scott Morvillo, Esq. (counsel for Abell Oujaddou)
                Glenn C. Colton, Esq. (counsel for Jeremy Millul)
                Henry E. Mazurek, Esq. (counsel for Sebastian Pinto-Thomaz)
                Christine I. Magdo, Esq. (United States Attorney's Office, SDNY)